STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.4063    AND FILED ON    5/24/2007

ANIBAL ESTEBAN JAVIER PEREZ    Plaintiff(s)/Petitioner(s)

Vs.

TOWN OF BEDFORD, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                                        ) SS
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/31/2007 at 1:07PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: GEORGE BUBARIS    (herein called recipient) therein named.
At Location: MT. KISCO POLICE DEPARTMENT
40 GREEN STREET
MOUNT KISCO NY 10549

By delivering to and leaving with P.O. JOSE PUIG, FRONT DESK a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business ☐ dwelling house (usual place of abode) within the state.

On 5/31/07, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BROWN |
| Age | 35/40 | Height | 5'11" | Weight | 185 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 5/31/2007

GAIL WILLIAMS
Notary Public, State of New York
No. [illegible]
Qualified in Westchester County
Commission [illegible]

Gary Williams
Server's License#:

STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
DOCUMENTS SERVED WITH INDEX#: 07CIV.4063   AND FILED ON   5/24/2007

| | |
|---|---|
| ANIBAL ESTEBAN JAVIER PEREZ<br><br>Vs.<br><br>TOWN OF BEDFORD, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK        )  
                                                    ) SS  
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On ___5/31/2007___ at ___3:09PM___, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served: TOWN OF BEDFORD                 (herein called recipient) therein named.

At Location: TOWN HALL  
321 BEDFORD ROAD  
BEDFORD HILLS NY

By delivering to and leaving with __NINA KELLOGG__ and that deponent knew the person so served to be the __DEPUTY TOWN CLERK__ of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM     Color of Skin: WH     Color of Hair: BROWN  
Age: 50/60     Height: 5'5"  
Weight: 125     Other Features:

Sworn to before me on ___5/31/2007___

_[signature: Gail Williams]_

_[signature: Gary Williams]_  
Gary Williams  
Server's License#:

GAIL WILLIAMS  
Notary Public, State of New York  
[illegible]  
Qualified [illegible]  
Commission [illegible]   2010

STATE OF NEW YORK
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.4063   AND FILED ON   5/24/2007

| ANIBAL ESTEBAN JAVIER PEREZ | Plaintiff(s)/Petitioner(s) |
|---|---|
| Vs. | |
| TOWN OF BEDFORD, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK       )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/31/2007 at 1:20PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served: TOWN/VILLAGE OF MT. KISCO    (herein called recipient) therein named.

At Location: 104 MAIN STREET
MOUNT KISCO NY

By delivering to and leaving with THOMAS E. WARREN and that deponent knew the person so served to be the TREASURER of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M   Color of Skin WH   Color of Hair BROWN
Age 40/45   Height 6'
Weight 185   Other Features

Sworn to before me on 5/31/2007

Gary Williams
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
Qualified in ...
Commission ... 2010