STATE OF  NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.4063          AND FILED ON          5/24/2007

| | | |
|---|---|---|
| ANIBAL ESTEBAN JAVIER PEREZ | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| TOWN OF BEDFORD, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                                    )
                                                                              ) **SS**
COUNTY OF WESTCHESTER                                        )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On _____5/31/2007_____ at _____1:07PM_____. deponent did serve the within process as follows:

Process Served:   SUMMONS,COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:    GEORGE BUBARIS                                                    (herein called recipient)
                                                                                                  therein   named.
At Location:    MT. KISCO POLICE DEPARTMENT
                     40 GREEN STREET
                     MOUNT KISCO NY  10549

By delivering to and leaving with   P.O. JOSE PUIG, FRONT DESK _____ a person of suitable age and discretion.
Said premises is recipient's  ☑ actual place of business   ☐ dwelling house(usual place of abode) within the state.

On_____5/31/07_____, deponent completed service by depositing a copy of the
          SUMMONS,COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 35/40 | Height | 5'11" | Weight | 185 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____5/31/2007_____

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4865902
Qualified in Westchester County
Commission Expires

_Gary Williams_ (signature)

Gary Williams

Server's License#:

STATE OF  NEW YORK                           UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.4063              AND FILED ON          5/24/2007

ANIBAL ESTEBAN JAVIER PEREZ                                                    Plaintiff(s)/Petitioner(s)

                                    Vs.

TOWN OF BEDFORD, ET AL                                                          Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                          )
                                                                            )  SS
COUNTY OF WESTCHESTER                                    )

   The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and
resides in the State of New York .  On_____5/31/2007_____ at _____3:09PM_____, deponent did
serve the within process as follows:

Process Served:

| SUMMONS,COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILING RULES |

Party Served:

| TOWN OF BEDFORD |                                   (herein called recipient)
                                                                          therein   named.

At Location:

| TOWN HALL |
| 321 BEDFORD ROAD |
| BEDFORD HILLS NY |

By delivering to and leaving with  NINA KELLOGG _____ and that deponent knew the person

so served to be the   DEPUTY TOWN CLERK

of  the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM        Color of Skin  WH        Color of Hair  BROWN

Age  50/60              Height  5'5"

Weight  125                  Other Features

Sworn to before me on _____5/31/2007_____

Gary Williams

Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4731407
Qualified in Westchester County
Commission Expires     2010

STATE OF  NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.4063          AND FILED ON          5/24/2007

ANIBAL ESTEBAN JAVIER PEREZ

Vs.

TOWN OF BEDFORD, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                                    )

                                                                              )   **SS**

COUNTY OF WESTCHESTER                                      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____5/31/2007_____ at _____1:20PM_____, deponent did serve the within process as follows:

Process Served:

Party Served:

| SUMMONS,COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILING RULES |
| TOWN/VILLAGE OF MT. KISCO |

(herein called recipient)
therein  named.

At Location:

| 104 MAIN STREET |
| |
| MOUNT KISCO NY |

By delivering to and leaving with   THOMAS E. WARREN_____ and that deponent knew the person

so served to be the   TREASURER

of  the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M          Color of Skin  WH          Color of Hair  BROWN

Age  40/45          Height  6'

Weight  185          Other Features

Sworn to before me on _____5/31/2007_____

Gary Williams

Server's License#:

GAIL WILLIAMS
Notary Public, State of New York

Qualified in Westchester County
Commission Expires November 2010