UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ANIBAL ESTEBAN JAVIER PEREZ,                    Docket No.: 07 CIV 3803 (CLB)

              Plaintiff,
                                                STIPULATION
       - against -

TOWN OF BEDFORD, TOWN/VILLAGE OF MOUNT
KISCO and GEORGE BUBARIS,

              Defendants.

---------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the defendant Town of Bedford's time to respond to the Complaint with respect to the above-captioned action is extended to and including July 20, 2007.

Dated: Mineola, New York
       June 13, 2007

LOVETT & GOULD, LLP                             MIRANDA SOKOLOFF SAMBURSKY
                                                SLONE VERVENIOTIS LLP

By: _____                 By: _____
Jonathan Lovett (JL-4854)                       Steven C. Stern (SS-2573)
222 Bloomingdale Road                           240 Mineola Boulevard
White Plains, NY 10605                          Mineola, New York 11501
(914) 428-8401                                  (516) 741-7676
Attorneys for Plaintiff                         Attorney for Defendant
                                                Town of Bedford

SO-ORDERED:

_____
   U.S.D.J.