UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| ANIBAL ESTEBAN JAVIER PEREZ, | ECF CASE |
| Plaintiff, | 07 CIV 4063 (CLB) |
| -against- | RULE 7.1 DISCLOSURE STATEMENT |
| TOWN OF BEDFORD, TOWN/VILLAGE OF MT. KISCO, and GEORGE BUBARIS, individually, | |
| Defendants. | |

------------------------------------------------------------------------X

I, LEWIS R. SILVERMAN, a member of **RUTHERFORD & CHRISTIE, LLP**, attorney for defendant, GEORGE BUBARIS, having filed an initial pleading in the above-captioned matter, makes the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure for the Southern and Eastern Districts of New York, identifying any corporate parents, subsidiaries or affiliates of defendant:

None.

Dated: New York, New York
July 26, 2007

                           Respectfully submitted,

                           **RUTHERFORD & CHRISTIE, LLP**

                           By:  S/ Lewis R. Silverman
                                Lewis R. Silverman (LS 9723)
                                Attorneys for Defendant,
                                GEORGE BUBARIS
                                300 East 42nd Street, 18th Floor
                                New York, New York 10017
                                (212) 599-5799

TO:    LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401
Attention: Jonathan Lovett, Esq.

MIRANDA, SOKOLOFF, SAMBURSKY,
   SLONE & VERVENIOTIS LLP
Attorney for Co-Defendant-Town of Bedford
240 Mineola Boulevard
The Esposito Building
Mineola, New York 11501
(516) 741-7676
Attention: Steven C. Stern, Esq.

SANTANGELO RANDAZZO & MANGNONE LLP
Attorney for Co-Defendant Town/Village of Mount Kisco
151 Broadway
Hawthorne, New York 10532
(914) 741-2929
Attention:   James A. Randazzo, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on July 26, 2007, a copy of the within **ANSWER WITH JURY DEMAND, NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION AND RULE 7.1 DISCLOSURE STATEMENT** was furnished via Regular Mail to LOVETT & GOULD, LLP, 222 Bloomingdale Road, White Plains, New York 10605, Attention: Jonathan Lovett, Esq.,   MIRANDA, SOKOLOFF, SAMBURSKY, SLONE & VERVENIOTIS LLP, 240 Mineola Boulevard, The Esposito Building, Mineola, New York 11501, Attention: Steven C. Stern, Esq. and SANTANGELO RANDAZZO & MANGNONE LLP, 151 Broadway, Hawthorne, New York 10532, Attention:  James A. Randazzo, Esq.

**RUTHERFORD & CHRISTIE, LLP**

By: S/ Lewis R. Silverman
Lewis R. Silverman (LS 9723)