UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANIBAL ESTEBAN JAVIER PEREZ,                         07 Civ. 4063 (CLB)

                       Plaintiffs,                    **NOTICE OF MOTION**

   -against-

TOWN OF BEDFORD, TOWN/VILLAGE OF MT.
KISCO and GEORGE BUBARIS, individually,

                       Defendants.
-------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Steven C. Stern and the exhibits annexed thereto; the Memorandum of Law in Support of Defendant's Motion to Dismiss; and upon all pleadings and proceedings heretofore had herein, defendant Town of Bedford, by its attorneys, Miranda Sokoloff Sambursky Slone Verveniotis LLP, will move this Court before Honorable Charles L. Brieant, United States District Judge, in the United States District Court for the Southern District of New York, located at the U.S. Courthouse, 300 Quarropas Street, Room 218, White Plains, New York 10601, on **September 21, 2007 at 10:00 AM**, for an Order, pursuant to Fed. R. Civ. P. 12(c), dismissing this action in its entirety, and for such other and further relief as this Court deems proper and just.

**PLEASE TAKE FURTHER NOTICE** that opposition papers are to be served at least five (5) days prior to the return date of the motion.

DATED: Mineola, New York
August 23, 2007

>MIRANDA SOKOLOFF SAMBURSKY
>SLONE VERVENIOTIS LLP
>Attorneys for Defendants
>
>By: STEVEN C. STERN (SS 2573)
>240 Mineola Boulevard
>Mineola, New York 11501
>(516) 741-7676
>Our File No.: 07-414

TO:
LOVETT & GOULD
Attorneys for Plaintiff
Anibal Esteban Perez
222 Bloomingdale Road
White Plains, New York 10605

RUTHERFORD & CHRISTIE
Attorneys for Defendant George Bubaris
300 East 42nd Street
New York, New York 10017

SANTANGELO RANDAZZO & MANGNONE LLP
Attorneys for Defendant Town/Village of Mount Kisco
151 Broadway
Hawthorne, New York 10532