UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANIBAL ESTEBAN JAVIER PEREZ,    07 Civ. 4063 (CLB)

                            Plaintiffs,    **DECLARATION OF STEVEN C. STERN**

   -against-

TOWN OF BEDFORD, TOWN/VILLAGE OF MT. KISCO and GEORGE BUBARIS, individually,

                            Defendants.
------------------------------------------------------------------X

      STEVEN C. STERN, an attorney duly admitted to practice law in the Southern District Court of New York hereby affirms under the penalties of perjury, the following.

      1.    I am a partner in the law firm of Miranda Sokoloff Sambursky Slone Verveniotis LLP, attorneys of record for defendant Town of Bedford.

      2.    I submit this declaration in support of defendant Town of Bedford's motion to dismiss this action, pursuant to Fed. R. Civ. P. 12(c).

      3.    Annexed hereto as Exhibit "A" is a copy of plaintiff's complaint in this action.

      4.    Annexed hereto as Exhibit "B" is a copy of defendant Town of Bedford's answer in this action.

      5.    For the reasons set forth in the accompanying memorandum of law, defendant Town of Bedford respectfully submits that its motion to dismiss should be granted and the claims against

the Town of Bedford dismissed in their entirety.

Dated:  Mineola, New York
       August 23, 2007



_____
STEVEN C. STERN [SS 2573]
Miranda Sokoloff Sambursky
Slone Verveniotis LLP
Attorneys for defendant
TOWN OF BEDFORD
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-277

2