# LOVETT & GOULD, LLP
### ATTORNEYS AT LAW

JONATHAN LOVETT
JANE BILUS GOULD

222 BLOOMINGDALE ROAD
WHITE PLAINS, N.Y. 10605

914-428-8401
FAX 914-428-8916

KIM PATRICIA BERG+
DRITA NICAJ+

+also admitted in New Jersey

October 23, 2007

**BY FAX**

James Randazzo, Esq.
Santangelo Randazzo & Mangone LLP
151 Broadway
Hawthorne, New York 10532

Brian Sokoloff, Esq.
Miranda Sokoloff
240 Mineola Boulevard
Mineola, New York 11501

Lewis Silverman, Esq.
Rutherford & Christie, LLP
300 East 42nd Avenue
New York, New York 10017

Re:   **Perez v. Town of Bedford, et al.**
      **07 Civ 4063 (CLB)**

Dear Counselors:

   Judge Brieant has scheduled the above captioned matter for a conference this Friday, October 26, 2007 at 10:00 a.m. At that time, it is possible that the Judge will decide if he will take the Emiliano Perez v Town of Bedford, et al., 07 Civ 8780 as a related matter.

Very truly yours,

LOVETT & GOULD, LLP

Ann Frank
Legal Assistant

cc: Hon. Charles L. Brieant by fax