UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



-----------------------------------X
Anibal Esteban Javier Perez

             Plaintiff,

-against-

Town of Bedford, Town/Village of Mt. Kisco,
George Bubaris, Individually,
                       Defendants.
-----------------------------------X

07 CIVIL 4063 (CLB)
JUDGMENT

      Whereas the above entitled action having been assigned to the Honorable Charles L. Brieant, U.S.D.J., and the Court thereafter on October 26, 2007, in open court, having dismissed this case without prejudice and without costs as moot, because plaintiff was not appointed administrator, it is,

      **ORDERED, ADJUDGED AND DECREED:** that this case is dismissed without prejudice and without costs as moot, because plaintiff was not appointed administrator, and the case is hereby closed.

DATED: White Plains, N.Y.
            October 29, 2007

                                      J. Michael McMahon - Clerk of Court

**ENTERED AS A JUDGMENT ON:**_____

I:\JUDGMENT\PEREZ.063.WPD

MICROFILM   OCT 29 2007   USDC SDNY WP