# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

EMILIANO PEREZ, as Administrator of the Estate of JUAN
RENE JAVIER PEREZ,

                 Plaintiff,

-against-

TOWN/VILLAGE OF MT. KISCO, New York, and
GEORGE BUBARIS,
       Defendants.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 07 Civ. 8780 (CLB)

TO: Edward W. Hayes, Esq.
     515 Madison Avenue
     New York, New York 10022

YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

X YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Lovett & Gould, LLP.<br>222 Bloomingdale Road<br>Suite 304<br>White Plains, New York 10605 | July 3, 2008 @ 10:00 a.m. |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE - ATTORNEY FOR PLAINTIFF | DATE |
|---|---|
| /s/ (4854) | June 19, 2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Jonathan Lovett, Esq.. (JL: 4854))
Lovett & Gould, 222 Bloomingdale Road, White Plains, New York 10605 (914) 428-8401

(See Rule 15, Federal Rules of Civil Procedures, Parts C & D on Reverse)