UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------X  
PEREZ

                             Plaintiff,

          - against -

VILLAGE OF MT. KISCO

                            Defendant.  
-----------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE**  
**TO A MAGISTRATE JUDGE**

07 Civ. 4063 (CLB)(LMS)

The above entitled action is referred to the Hon. Lisa M. Smith United States Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

\_\_\_ Settlement*

\_X\_\_ All Purposes

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C.§636(c) for limited purpose of _____

\_\_\_ Habeas Corpus

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

      Particular Motion:_____

      _____

      All such motions: \_\_\_\_

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York  
           June 26, 2008

*Charles L. Brieant*

_____  
United States District Judge