# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                July 2, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## SCHEDULING ORDER
07CV4063(CLB)(LMS)

**Jonathan Lovett**
Lovett & Gould
222 Bloomingdale Road - Suite 305
White Plains, NY 10605

**Steven Charles Stern**
Miranda Sokoloff Sambursky Slone Verveniotis LLP
The Esposistio Building
240 Mineola Boulevard
Mineola, NY 11501

**James A. Randazzo**
Santangelo Randazzo & Mangone LLP
151 Broadway
Hawthorne, NY 10532

**Lewis R. Silverman**
Rutherford & Christie, LLP
369 Lexington Avenue
8th Floor
New York, NY 10017

The matter of **PEREZ -V- VILLAGE OF MT. KISCO** has been scheduled for

a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on

**July 18, 2008** at 10:15 AM in Courtroom 420.

Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.